IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

      Plaintiff,                    No. CIV S-05-1153 LKK EFB P

    vs.

STATE OF CALIFORNIA, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On October 23, 2006, plaintiff filed a letter requesting relief. This civil rights action was closed on August 28, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED:  November 13, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE